Blake D. Miller (4090)
Barry C. Toone (13443)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 South Regent Street
Salt Lake City, UT 84111
Telephone:  801.363.5600
Facsimile:  801.363.5601
miller@millertoone.com
toone@millertooone.com
chandler@millertoone.com

Attorneys for Plaintiff

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SHEILA KNOP STEVENSON, individually, and as heir and personal representative of the ESTATE OF MICHAEL EUGENE KNOP,**<br><br>    Plaintiff,<br><br> vs.<br><br>**McNEIL-PPC, INC., McNEIL CONSUMER HEALTHCARE, JOHNSON & JOHNSON, INC., and JOHN DOE CORPORATIONS 1-10,**<br><br>    Defendants. | **CERTIFICATE OF DEFAULT**<br><br>**Civil No.  2:14-cv-00667-EJF**<br><br>**Judge: Magistrate Evelyn J. Furse** |

Pursuant to Fed. R. Civ. P. 55, the Clerk of the Court hereby finds that (1) McNeil-PPC, Inc. ("Defendant") was properly served with process in this action; (2) Defendant has failed to appear, plead, or file an answer in this action; and (3) the time allowed by law for Defendant to plead or answer has expired.

Accordingly, the default of Defendant is hereby entered according to law.

ATTEST MY HAND and the seal of the Court this___ day of December, 2014.

**CLERK OF THE COURT**

By_____