Blake D. Miller (4090)
Barry C. Toone (13443)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 South Regent Street
Salt Lake City, UT 84111
Telephone:  801.363.5600
Facsimile:  801.363.5601
miller@millertoone.com
toone@millertooone.com
chandler@millertoone.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SHEILA KNOP STEVENSON, individually, and as heir and personal representative of  the ESTATE OF MICHAEL EUGENE KNOP,**<br><br>    **Plaintiff,**<br><br>   vs.<br><br>**McNEIL-PPC, INC., McNEIL CONSUMER HEALTHCARE, JOHNSON & JOHNSON, INC., and JOHN DOE CORPORATIONS 1-10,**<br><br>    **Defendants.** | **REQUEST FOR SCHEDULING CONFERENCE**<br><br>**Civil No.  2:14-cv-00667-EJF**<br><br>**Judge: Magistrate Evelyn J. Furse** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Sheila Knop Stevenson moves the Court for a scheduling conference or for the entry of a scheduling order.

A Certificate of Default against Defendants McNeil-PPC, Inc., and Johnson & Johnson has been entered by the Clerk of the Court.  Plaintiff Sheila Knop Stevenson intends to proceed with obtaining a default judgment against Defendants. The remaining issue in this matter is the amount

of damages to be entered against Defendants. Plaintiff hereby requests that this Court set a date and time for a scheduling conference to set deadlines for conducting relevant fact discovery, expert discovery as to damages, any other discovery necessary to effectuate judgment against Defendants.

Dated: January 14, 2015.

MILLER TOONE, P.C.

 /s/ Deborah R. Chandler
Blake D. Miller
Deborah R. Chandler
*Attorney for Plaintiff*